```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 04597
   WILLIE C ARTHUR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2210

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 02/06/2004 and was confirmed 03/25/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 02/09/2009.
-----------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
-----------------------------------------------------------------------
   CHARTER ONE AUTO FINANCE   UNSECURED        18661.70          .00       18661.70
   DIRECT MERCHANTS BANK      UNSECURED        NOT FILED         .00            .00
   I C COLLECTION SERVICE     UNSECURED        NOT FILED         .00            .00
   JC PENNEY                  UNSECURED        NOT FILED         .00            .00
   ROUNDUP FUNDING LLC        UNSECURED         3326.05          .00        3326.05
   RETAILERS NATIONAL BANK    UNSECURED        NOT FILED         .00            .00
   BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED         .00            .00
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,105.20                    2,105.20
   TOM VAUGHN                 TRUSTEE                                       1,524.05
   DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
   TRUSTEE            25,617.00

   PRIORITY                                         .00
   SECURED                                          .00
   UNSECURED                                  21,987.75
   ADMINISTRATIVE                              2,105.20
   TRUSTEE COMPENSATION                        1,524.05
   DEBTOR REFUND                                    .00
                       --------------      --------------
   TOTALS             25,617.00               25,617.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE